IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RACHEL HIGGINS and**
**MOLLY ANTHONY,**

     Plaintiffs,

v.                                                                                        No. 15-cv-0687 CG-SMV

**GENERAL MOTORS, LLC,**

     Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiffs filed their Complaint against Defendant on August 6, 2015. [Doc. 1] at 1. Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs had 120 days from filing the Complaint within which to effect service of process. There is no indication on the record that service of process has been effected with respect to the Defendant.

**IT IS THEREFORE ORDERED** that Plaintiffs show good cause why their claims against Defendant should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Plaintiffs shall file their response within 21 days of entry of this Order.

**IT IS SO ORDERED.**

                                                                    **STEPHAN M. VIDMAR**
                                                                     **United States Magistrate Judge**